**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert A. Cuevas, | ) | No. 04-CV-0476-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| John Miranda, et al., | ) | |
| Defendants. | ) | |

Upon Plaintiff's Motion for Rule 54(b) Certification of this Court's March 24, 2005 Order and its Judgment, and for good cause appearing,

IT IS ORDERED that the Plaintiff's Motion for Rule 54(b) Certification (Doc. 40) as to the Federal Defendants is GRANTED; that is, there is not just reason for delay and the instant action is dismissed as to all claims against the Federal Defendants.

IT IS ORDERED finding the Plaintiff's Motion For Expedited Ruling on Motion for Rule 54(b) Certification (Doc. 39) is MOOT.

DATED this 22nd day of January, 2007.

Paul G. Rosenblatt
United States District Judge